IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00650-PSF-BNB

WILLIAM STEVEN BRADLEY, and
KATHRYN M. BRADLEY,

Plaintiffs,

v.

QUAD CITY BANK AND TRUST COMPANY, and
EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **September 12, 2006**, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 29, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge