IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00650-PSF-BNB

WILLIAM STEVEN BRADLEY; and
KATHRYN M. BRADLEY,

    Plaintiffs,

v.

QUAD CITY BANK AND TRUST COMPANY; and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 23).  The Court being fully advised, hereby approves the Stipulation and ORDERS that the above-captioned action is DISMISSED WITH PREJUDICE, each party to bear his, her or its own attorneys' fees and costs.

    DATED:  September 14, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            Phillip S. Figa
                                            United States District Judge